1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACK WYNNE MORRISON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:07-cr-00444-MCE
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13      v.                        )
                                  )
14 JACK WYNNE MORRISON,           )
                                  ) Date: December 6, 2007
15                                ) Time: 9:00 A.M.
                                  ) Judge: Hon. Morrison C. England
16              Defendant.        )
   _____

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States
20 Attorney, attorney for Plaintiff; and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant Jack Wynne Morrison, that the current
22 Status Conference date of October 25, 2007 be vacated and a new date of
23 December 6, 2007 be set for status.  Mr. Morrison was arraigned on the
24 indictment less than two weeks ago.  The defense has received discovery
25 and needs time to review the discovery and perform investigation.
26 ///
27 ///
28 ///

It is further stipulated and agreed between the parties that the period between October 25, 2007 and December 6, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 22, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

        /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JACK WYNNE MORRISON


MCGREGOR W. SCOTT
United States Attorney

Dated:  October 22, 2007

/s/ Ned Smock for Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE