1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACK WYNNE MORRISON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. 2:07-cr-00444-MCE
                                )
12              Plaintiff,      )
                                )  STIPULATION AND ORDER
13      v.                      )
                                )
14 JACK WYNNE MORRISON,         )
                                )  Date: January 10, 2008
15                              )  Time: 9:00 A.M.
                                )  Judge: Hon. Morrison C. England
16              Defendant.      )
   _____

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20 Attorney, attorney for Plaintiff; and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant Jack Wynne Morrison, that the current

22 Status Conference date of December 6, 2007 be vacated and a new date of

23 January 10, 2008 be set for status. The defense has received discovery

24 and needs time to review the discovery and perform investigation.  In

25 addition, the defense is awaiting additional discovery requested after

26 a meeting with the case agent.

27 ///

28 ///

1     It is further stipulated and agreed between the parties that the
2 period between December 6, 2007 and January 10, 2008, should be
3 excluded in computing the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial Act
5 for defense preparation.  All parties stipulate and agree that this is
6 an appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: November 29, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                        /s/ Ned Smock
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JACK WYNNE MORRISON



                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  November 29, 2007
                                    /s/ Ned Smock for Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED.**

Dated: December 4, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE