1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACK WYNNE MORRISON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2:07-cr-00444-MCE
                                   )
12             Plaintiff,          )
                                   ) STIPULATION AND ORDER
13      v.                         )
                                   )
14 JACK WYNNE MORRISON,            )
                                   ) Date: January 24, 2008
15                                 ) Time: 9:00 A.M.
                                   ) Judge: Hon. Morrison C. England
16             Defendant.          )
   _____

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States
20 Attorney, attorney for Plaintiff; and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant Jack Wynne Morrison, that the current
22 Status Conference date of January 10, 2008 be vacated and a new date of
23 January 24, 2008 be set for status. The defense has received additional
24 discovery and needs additional time to review it.  In addition, the
25 defense is engaged in negotiations with the government about possible
26 resolution of the case.  Time is needed to discuss those negotiations
27 with the defendant.
28 ///

It is further stipulated and agreed between the parties that the period between January 10, 2008 and January 24, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 8, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

    /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JACK WYNNE MORRISON


MCGREGOR W. SCOTT
United States Attorney

Dated:  January 8, 2008

/s/ Ned Smock for Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: January 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE