1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACK WYNNE MORRISON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2:07-cr-00444-MCE
                                   )
12            Plaintiff,           )
                                   ) STIPULATION AND ORDER
13    v.                           )
                                   )
14 JACK WYNNE MORRISON,            )
                                   ) Date: February 7, 2008
15                                 ) Time: 9:00 A.M.
                                   ) Judge: Hon. Morrison C. England
16            Defendant.           )
   _____
17

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20 Attorney, attorney for Plaintiff; and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant Jack Wynne Morrison, that the current

22 Status Conference date of January 24, 2008 be vacated and a new date of

23 February 7, 2008 be set for status.  The defense is reviewing recently

24 received discovery.  In addition, the defense received a proposed plea

25 agreement this week and needs time to review it and discuss it with the

26 defendant.

27       It is further stipulated and agreed between the parties that the

28 period between January 24, 2008 and February 7, 2008, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 23, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

    /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JACK WYNNE MORRISON


MCGREGOR W. SCOTT
United States Attorney

Dated:  January 23, 2008

/s/ Ned Smock for Michelle Rodriquez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                2