1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACK WYNNE MORRISON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:07-cr-00444-MCE
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13      v.                        )
                                  )
14 JACK WYNNE MORRISON,           )
                                  ) Date: March 19, 2008
15                                ) Time: 9:00 A.M.
                                  ) Judge: Hon. Morrison C. England
16              Defendant.        )
   _____

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20 Attorney, attorney for Plaintiff; and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant Jack Wynne Morrison, that the current

22 Status Conference date of February 7, 2008 be vacated and a new date of

23 March 19, 2008 be set for status.  The defense needs additional time to

24 meet with the defendant to discuss the discovery received thus far and

25 to perform investigation.

26 ///

27 ///

28 ///

1   It is further stipulated and agreed between the parties that the
2 period between February 7, 2008 and March 19, 2008, should be excluded
3 in computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 5, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

         /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JACK WYNNE MORRISON


MCGREGOR W. SCOTT
United States Attorney

Dated:  February 5, 2008

/s/ Ned Smock for Michelle Rodriquez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: February 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE