FILED
September 30, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Case No. 2:07CR00444-MCE
          Plaintiff,             )
v.                               )   ORDER FOR RELEASE OF
                                 )   PERSON IN CUSTODY
JACK WYNN MORRISON,              )
                                 )
          Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JACK WYNN MORRISON__ , Case No. __2:07CR00444-MCE__ , Charge __SUPERVISE RELEASE VIOLATION__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $\_\_

        \_\_ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

    ✔ (Other)    __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 30, 2014__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court