UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JACK MORRISON,

        Defendant.

_____/

Case No. 2:07-CR-00444-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JACK MORRISON, Case No. 2:07-CR-00444-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $___ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other):  Pursuant to the Court's order on December 4, 2014, the defendant is released.  The defendant is ordered to appear for a Dispositional Hearing on January 15, 2015 at 9:00 a.m. in courtroom 7. |

Issued at Sacramento, California on December 4, 2014 at 9:34 a.m.

Dated: December 4, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE