HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
JACK WYNNE MORRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JACK WYNNE MORRISON,<br><br>          Defendant. | Case No.  2:07-cr-444 MCE<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING<br><br>Date: November 5, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Jack Wynne Morrison stipulate that the disposition hearing, currently scheduled for November 5, 2015, be continued to  January 7, 2016 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

Dated: October 19, 2015

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant

Dated: October 19, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The disposition hearing currently set for November 5, 2015 shall be continued until January 7, 2016, at 9:00 a.m.

IT IS SO ORDERED.

DATED: October 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT