HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
JACK WYNNE MORRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:07-cr-444 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) DISPOSITION HEARING |
| vs. | ) Date: January 7, 2016 |
| JACK WYNNE MORRISON, | ) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Jack Wynne Morrison stipulate that the disposition hearing, currently scheduled for January 7, 2016, be continued to March 31, 2016 at 9:00 a.m. Probation Officer Vladimir Pajcin has no objections to the proposed continuance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|  |  |
|---|---|
| Dated: January 5, 2016 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: January 5, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Rosanne Rust*<br>ROSANNE RUST<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The disposition hearing currently set for January 7, 2016 shall be continued until March 31, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT